```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
            PITTSBURGH Division
                                    ET
        # 06001383 - ET
        January 3, 2006

   Code    Case #    Qty      Amount

   1ST CIVI 00-600             10.00 CH

           00-600
   TOTAL→                      10.00
           New bal 89.29
   FROM: WASHINGTON COUNTY CORRECTIONS
         100 WEST CHERRY AVE
         WASHINGTON, PA 15301
         RICHARD ROYAL

         05 02109
```